UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JIMMY THOMAS,<br><br>                    Plaintiff,<br><br>          -against-<br><br>DR. KING, ET AL,<br><br>                    Defendants. | 22cv7020(LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 22, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 22, 2022
             New York, New York

                                                            /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                       Chief United States District Judge